| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>LINDQUIST, RUSSELL K. | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>04/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>FEDERAL BUILDING<br>SUITE 3600<br>5400 FEDERAL PLAZA<br>HAMMOND, IN 46320 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust (See Additional Information Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Bank Deposit Program FKA Merrill Lynch Bank USA Money Fund | A | Interest | J | T | | | | | |
| 2. Black Rock Muni Assets Fund | D | Dividend | M | T | | | | | |
| 3. Western Asset Inter Muni Fund | D | Dividend | M | T | | | | | |
| 4. GNM P340290x | A | Distribution | J | T | | | | | |
| 5. GNM P422529X | A | Distribution | J | T | | | | | |
| 6. Nuveen Ins. Prem. Inc. -2 Renamed Nuveen AMT Free Quality | A | Dividend | J | T | | | | | |
| 7. Blackrock Muniyield QLTY | D | Dividend | M | T | | | | | |
| 8. Cash Account Chase Bank Checking | A | Interest | M | T | | | | | |
| 9. West Asset Muni Fd. | D | Dividend | M | T | Buy | 03/10/16 | L | | |
| 10. Nuveen Tax Free Advantge Renamed Nuveen Amt Free Quality | A | Dividend | J | T | Buy | 04/14/16 | J | | |
| 11. Merrill Lynch IRA (Aggregate Ownership Arrangment) | E | Int./Div. | O | T | | | | | |
| 12. Merrill Lynch CAP, Tr. IV Def. Int. Orgi. PFD Secured Note | A | Interest | | | Redeemed | 01/29/16 | J | A | |
| 13. Merrill Lynch CAP, Tr. Def. Int. Origin. PFD Sec. Note | A | Interest | | | Redeemed | 01/29/16 | J | A | |
| 14. Merrill Lynch Bank USA RASP Money Account Renamed Bank of America | A | Interest | K | T | | | | | |
| 15. Equitable Accumulator Elite Annuity AFLAC | | None | M | T | | | | | |
| 16. Bk. of Amer New Money Serie E Floating Perp. | A | Dividend | K | T | | | | | |
| 17. Best Buy Inc. | A | Interest | | | Redeemed | 03/15/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Emtergy Corp. | A | Interest | | | Redeemed | 12/15/16 | J | A | |
| 19. Morgan Stanley | A | Interest | | | Redeemed | 11/29/16 | J | A | |
| 20. American Rlty CAP PPTYS Renamed Vereit, Inc. | A | Dividend | J | T | | | | | |
| 21. KIMCO Realty Corp MD Com | B | Dividend | K | T | | | | | |
| 22. National Retail PPTYS | B | Dividend | K | T | | | | | |
| 23. Public Storage | B | Dividend | K | T | | | | | |
| 24. Simon Property Group Del | B | Dividend | K | T | | | | | |
| 25. Invesco Bond Fund | C | Dividend | L | T | | | | | |
| 26. ADT Bond | A | Interest | | | Redeemed | 06/01/16 | J | A | |
| 27. Time Warner Cable Inc. bond | A | Interest | J | T | | | | | |
| 28. Nuveen BLD Amer Bd Fd | C | Dividend | L | T | | | | | |
| 29. Verizon Comm Inc Note | B | Interest | K | T | | | | | |
| 30. Ford Motor CrediCo LLC | A | Interest | J | T | | | | | |
| 31. Health Care REIT Inc. Com Name Change to Welltower, Inc. | A | Interest | J | T | | | | | |
| 32. Ventas Inc. | A | Dividend | J | T | | | | | |
| 33. Sector SPDR Consumer STPL | A | Dividend | K | T | | | | | |
| 34. Sector SPDR Utilities | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Guggenheim Bulletshares 2020 Corp. Bd. ETF | A | Dividend | J | T | | | | | |
| 36. Guggenheim Bulletshares 2018 High Yeild Corp. Bd | A | Dividend | J | T | | | | | |
| 37. Nuveen BLD Amer Bd Fd | C | Dividend | L | T | Buy | 03/11/16 | K | | |
| 38. Invesco Bd Fd | C | Dividend | L | T | Buy | 03/11/16 | K | | |
| 39. Sector Spdr Ultilities | B | Dividend | K | T | Buy | 03/08/16 | K | | |
| 40. Verizon Comm Inc Note | B | Interest | K | T | Buy | 06/24/16 | J | | |
| 41. Sector Spdr Con Staple | A | Dividend | K | T | Buy | 10/11/16 | J | | |
| 42. Merrill Lynch IRA-_____ (Arregate Ownership Arrangement) | C | Interest | M | T | | | | | |
| 43. ML Bank Deposit Program f/k/a Merrill Lynch USA Rasp MF | A | Interest | J | T | | | | | |
| 44. Euitable Accumulator Elite Annuity | | None | M | T | | | | | |
| 45. Best Buy Co. Inc. | A | Interest | | | Redeemed | 03/15/16 | J | A | |
| 46. CRH America Inc. | A | Interest | | | Redeemed | 09/30/16 | J | A | |
| 47. Western Union Note | A | Interest | J | T | | | | | |
| 48. INVESCO Bond Fund | A | Dividend | J | T | | | | | |
| 49. National Retail PRTYS Inc. | A | Dividend | J | T | | | | | |
| 50. Public Storage | A | Dividend | K | T | | | | | |
| 51. Stag Industries Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prologis Inc. | A | Dividend | K | T | | | | | |
| 53. Guggenheim Bulletshares 2019 Corp. Bd Fd | A | Interest | K | T | | | | | |
| 54. Guggenheim Bulletshares 2017 High Yield Corp. bd. | A | Interest | N | T | | | | | |
| 55. Sector Spdr Ultilities | B | Dividend | K | T | Buy | 03/22/16 | K | | |
| 56. Irrevocable Tr. Real Estate LaPorte County Appraisal Date 01-21-13 | D | Rent | N | Q | | | | | |
| 57. Irrevocable Tr. Residence City of Portage IN Appraisal date 01-29-13 | D | Rent | L | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On January 25, 2016 I took a required minumum IRA Distribution from my Merrill Lynch IRA Account No. ▮▮▮▮ in the gross amount of $34,569.96. From that amount $10,000 was withheld for Federal Taxes and $1400 was withheld for State Taxes. The net of $23,569.76 was transferred to and credited to Merrill Lynch CMA Account No. ▮▮▮▮ held jointly ▮▮▮▮ .

On January 25, 2016 ▮▮▮▮ took a required minimum IRA Distribution from ▮ Merrill Lynch IRA Account No. ▮▮▮▮ in the gross amount of $11,692.36 from that amount $3500 was withheld for Federal Taxes and $500 was withheld for State taxes. The net of $7,692.36 was transferred to and credited to Merrill Lynch CMA Account No. ▮▮▮▮ held jointly ▮▮▮▮ .

As to Section I, Positions, I am sole Trustee of Ruth E. Lindquist Irrevocable Trust and Primary Beneficiary. See Section VII Investments and Trusts., Lines 54+55.

It is noted that my Annual Report for 2015 dated 6/24/16 has an erroneous duplication. In Section VII, Investments and Trusts, at No. 2 I listed Muniyield Insured Bond Renamed Blackrock Maniyeld INE. Fund. I also listed at No. 8 Blackrock Muniyeld Quality. No. 2 is a duplicate of No. 8 caused by the confusion as to the name change. Both have the same ticker symbol of MYI.

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 04/28/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RUSSELL K. LINDQUIST**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544